UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE A. CERVANTES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 12-3418-JVS (RNB)<br><br>ORDER TO SHOW CAUSE |

　　In ¶ I of its Case Management Order, the Court ordered plaintiff to promptly serve the summons and complaint on the Commissioner in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. § 423.1.  The Court further required plaintiff to electronically file a proof of service showing compliance with ¶ I within twenty-eight (28) days after the filing of the complaint.  Finally, the Court admonished plaintiff that her failure to comply with ¶ I might result in the dismissal of the case.

　　More than twenty-eight (28) days from the filing of the complaint now has elapsed, and plaintiff still has not electronically filed a proof of service showing compliance with ¶ I of the Case Management Order.

　　Accordingly, on or before **July 6, 2012**, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why the Court should not recommend that

1

1 | this case be dismissed for lack of diligent prosecution and/or failure to comply with
2 | the Court's prior Order; or (b) effectuate proper service on the Commissioner in
3 | accordance with Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. §
4 | 423.1, and electronically file a proof of service reflecting such service.

6 | DATED: June 22, 2012

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE