1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11   VALERIE A. CERVANTES,              )   **Case No. 2:12-cv-03418-RNB**
                                        )
12            Plaintiff,                )
                                        )   **[PROPOSED]**
13        vs.                           )   **JUDGMENT OF REMAND**
                                        )
14   CAROLYN W. COLVIN, Acting          )
                                        )
15   Commissioner of Social Security,   )
                                        )
16            Defendant.                )
                                        )
17

18        The Court having approved the parties' Stipulation to Voluntary Remand

19   Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

20   ("Stipulation for Remand") lodged concurrently with the lodging of the within

21   Judgment of Remand,

22        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

23   above-captioned action is remanded to the Commissioner of Social Security for

24   further proceedings consistent with the Stipulation for Remand.

25

26   DATE: September 10, 2013

27                                    _____
                                      THE HONORABLE ROBERT N. BLOCK
28                                    UNITED STATES MAGISTRATE JUDGE

-1-